UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROMERO BURNETT, <br> Petitioner, <br> v. <br> DEBBIE ASUNCION, <br> Respondent. | Case No. 18-cv-03243-JD <br><br> **ORDER** <br> Re: Dkt. Nos. 12, 13 |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer and the Court is waiting for petitioner's traverse. An attorney has filed a motion to be appointed by the Court for petitioner at public expense. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) provides that in habeas cases, whenever "the court determines that the interests of justice so require", representation may be provided for any financially eligible person. Petitioner has presented his claim adequately, and it is not particularly complex. The motion to appoint the attorney at public expense (Docket No. 12) is **DENIED**. However, the attorney is free to represent petitioner and file the appropriate motion of substitution. The motion for an extension to file a traverse (Docket No. 13) is **GRANTED**. Petitioner either pro se or through counsel may file the traverse by **November 8, 2018**.

**IT IS SO ORDERED.**

Dated: October 18, 2018

JAMES DONATO
United States District Judge