UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROMERO BURNETT,<br><br>    Plaintiff,<br><br>v.<br><br>DEBBIE ASUNCION,<br><br>    Defendant. | Case No. 18-cv-03243-JD<br><br>**JUDGMENT** |

Pursuant to the order granting the petition for writ of habeas corpus signed today, Dkt. No. 19, judgment is entered in favor of petitioner Carlos Romero Burnett.

**IT IS SO ORDERED.**

Dated: August 27, 2019

_____
JAMES DONATO
United States District Judge